**Entered on Docket**
**July 06, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**IT IS SO ORDERED.**
**Signed July 06, 2011**

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
VERNON D. SWART ) Case No. 09-59790 ASW
)
) Chapter No. 13
)
)
Debtor ) **ORDER TO PAY UNCLAIMED FUNDS**
_____)

It appearing that the check(s) made payable to VERNON D. SWART in the total amount of $ 5,019.22 was not cashed within the 90 day limit and an unclaimed money report was entered on 04/21/2011 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that VERNON D. SWART, JR. is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $5,019.22 to the order of VERNON D. SWART, JR.
C/O ASSET RECOVERY TRUST, P.O. BOX 4296, COSTA MESA, CA 92628.

**\*\*End of Order\*\***
**\*\*No Service List Requested\*\***